UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

RAJAT K. GUPTA and RAJ RAJARATNAM

        Defendants.

------------------------------------------x

11-cv-7566 (JSR)

**JURY DEMAND**

        Defendant Rajat K. Gupta, pursuant to Fed. R. Civ. P. 38(b)(1), hereby demands a jury trial on all issues triable of right by a jury.

Dated: New York, New York
       January 23, 2012

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:   /s/ Gary P. Naftalis
      Gary P. Naftalis
      Michael S. Oberman
      1177 Avenue of the Americas
      New York, New York 10036
      (212) 715-9100 (phone)
      (212) 715-8000 (fax)
      gnaftalis@kramerlevin.com
      moberman@kramerlevin.com

*Attorneys for Defendant Rajat K. Gupta*

KL3 2861473.1